AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ALLAH (f.k.a. EDWIN RANDAL CONSTIN),

        Petitioner,

        v.

JIM LONG,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-549-RMP

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  the Amended Petition is DISMISSED without prejudice for failure to exhaust state court remedies.

January 30, 2013
_____
*Date*

SEAN F. McAVOY
_____
*Clerk*

s/ Sheila Parpolia
_____
*(By) Deputy Clerk*

Sheila Parpolia
_____